# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS McFARLAND, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>-against-<br><br>MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC and JOHN DOES 1-25,<br><br>                          Defendants. | Case No.: 3:18-cv-2140-WQH-LL<br><br>**ORDER RE JOINT MOTION FOR DISMISSAL** |

    The Court, having reviewed the parties' Joint Motion for Dismissal With Prejudice (ECF No. 11), and being fully advised in the premises, IT IS HEREBY ORDERED that the Case as to all individual claims is dismissed with prejudice. All class action claims are dismissed without prejudice. Each party shall bear their own costs and attorneys' fees.

Dated: February 6, 2019

                                                /s/ William Q. Hayes
                                                Hon. William Q. Hayes
                                                United States District Court